UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-7702

OSBORNE WYNN, JR.,

Petitioner - Appellant,

versus

RON ANGELONE, Director, Virginia Department of
Corrections,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. David G. Lowe, Magistrate Judge. (CA-97-972-3)

Submitted: May 28, 1999            Decided: June 9, 1999

Before MURNAGHAN, HAMILTON, and LUTTIG, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Osborne Wynn, Jr., Appellant Pro Se. Eugene Paul Murphy, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wynn appeals the magistrate judge's order[*] denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. See <u>Wynn v. Angelone</u>, No. CA-97-972-3 (E.D. Va. Oct. 9, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] The parties consented to proceed before a magistrate judge in accordance with 28 U.S.C.A. § 636(c) (West 1993 & Supp. 1999) and Fed. R. Civ. P. 73.